1
2
3                    UNITED STATES  DISTRICT COURT
4                      Northern District of California
5
6    LOUDEN, LLC,                              No. C 13-4160 MEJ
7                        Plaintiff,            **ORDER TO SHOW CAUSE**
        v.
8
    JAMES ANDERSON SR,
9
                       Defendant.
10   _____/
11
12        On September 9, 2013, Defendant James Anderson, Sr. removed this unlawful detainer action

13   from Alameda County Superior Court.  However, an unlawful detainer action does not arise under

14   federal law but is purely a creature of California law.  *Wells Fargo Bank v. Lapeen*, 2011 WL

15   2194117, at *3 (N.D. Cal. June 6, 2011); *Wescom Credit Union v. Dudley*, 2010 WL 4916578, at *2

16   (C.D. Cal. Nov. 22, 2010).  Thus, it appears that jurisdiction is lacking and the case should be

17   remanded to state court.  Accordingly, the Court ORDERS Defendant to show cause why this case

18   should not be remanded to the Alemeda County Superior Court.  Defendant shall file a declaration by

19   September 26, 2013, and the Court shall conduct a hearing on October 10, 2013 at 10:00 a.m. in

20   Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  In the declaration,

21   Defendant must address how this Court has jurisdiction over Plaintiff's unlawful detainer claim.

22        Defendant should be mindful that an anticipated federal defense or counterclaim is not

23   sufficient to confer jurisdiction.  *Franchise Tax Bd. of California v. Construction Laborers Vacation*

24   *Trust*, 463 U.S. 1, 10 (1983); *Berg v. Leason*, 32 F.3d 422, 426 (9th Cir.1994).  "A case may not be

25   removed to federal court on the basis of a federal defense, . . . even if the defense is anticipated in the

26   plaintiff's complaint, and even if both parties admit that the defense is the only question truly at issue

27   in the case." *ARCO Environmental Remediation, LLC v. Dept. of Health and Environmental Quality*

28   *of the State of Montana*, 213 F.3d 1108, 1113 (9th Cir. 2000); *see also Valles v. Ivy Hill Corp.*, 410

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1  F.3d 1071, 1075 (9th Cir. 2005) ("A federal law defense to a state-law claim does not confer

2  jurisdiction on a federal court, even if the defense is that of federal preemption and is anticipated in

3  the plaintiff's complaint.").  Thus, any anticipated defense, such as a claim under the Protecting

4  Tenants at Foreclosure Act ("PTFA"), Pub.L. No. 111–22, § 702, 123 Stat. 1632 (2009), is not a valid

5  ground for removal.  *See e.g. Aurora Loan Services, LLC v. Montoya*, 2011 WL 5508926, at *4

6  (E.D.Cal. Nov. 9, 2011); *SD Coastline LP v. Buck*, 2010 WL 4809661, at *2–3 (S.D.Cal. Nov.19,

7  2010); *Wescom Credit Union v. Dudley*, 2010 WL 4916578, at 2–3 (C.D.Cal. Nov. 22, 2010); *Aurora*

8  *Loan Services, LLC v. Martinez*, 2010 WL 1266887, at * 1 (N.D.Cal. March 29, 2010).

9  **IT IS SO ORDERED.**

10

11  Dated: September 12, 2013

12  _____
   Maria-Elena James
13  United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LOUDEN LLC,                                    No. C 13-04160 MEJ

                     Plaintiff(s),            **CERTIFICATE OF SERVICE**

          v.

JAMES ANDERSON SR,

                     Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 12, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James E. Anderson, Sr.
P.O. Box 1045
Oakland, CA 94604-1045

Dated: September 12, 2013

                                              Richard W. Wieking, Clerk
                                              By: Rose Maher, Deputy Clerk

3